UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14075-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

v.

HAMEWATTIE BALKISSOON,
                  Defendant.
_____/

MOTION TO AMEND JUDGMENT IN ACCORDANCE WITH
NOTICE OF PARTIES' STIPULATIONS AND
JOINT RECOMMENDATION AS TO RESTITUTION

1.     The United States of America and the defendant, Hamewattie "Dolly" Balkissoon, hereby jointly recommend that this Honorable Court enter an order of restitution as to the victims specified herein, based on the parties' joint stipulations of fact. The parties agree that: In addition to specified stipulation in the previously filed joint recommendation as to restitution (DE 42), the total restitution amount, taking into account all of the specific items detailed in that filing, should be in the amount of $ 3,713,564.15.

## CONCLUSION

Based on these stipulations, the parties respectfully recommend that this Honorable Court order that the total losses to the respective victims be found, and appropriate restitution amounts awarded, as set forth in the table above.

                              Respectfully submitted,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

By

                              *s/Theodore M. Cooperstein*
                              THEODORE M. COOPERSTEIN
                              (FL Court No. A5501084)
                              theodore.cooperstein2@usdoj.gov
                              Assistant United States Attorney
                              505 S. Second St., #200
                              Fort Pierce, Florida 34950
                              Telephone: 772-466-0899
                              Fax: 772-466-1020
                              Attorney for U.S.A.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Theodore M. Cooperstein*
THEODORE M. COOPERSTEIN
(FL Court No. A5501084)
Assistant United States Attorney

## SERVICE LIST

**UNITED STATES OF AMERICA vs. HAMEWATTIE BALKISSOON**
Case No: 10-14075-CR-MOORE/LYNCH
United States District Court, Southern District of Florida

**Theodore M. Cooperstein**
Assistant U.S. Attorney
theodore.cooperstein2@usdoj.gov
505 S. 2nd St. Suite #200
Ft. Pierce, FL 34950
Telephone: (772) 466-0899
Fax: (772) 466-1020
Attorney for the Government
Method of Service: CM/ECF

**Barry Marc Snyder**
attybms@aol.com
16211 N.E. 12th Ave.
North Miami Beach, FL 33162
Telephone: 305-919-9797
Fax: 305-948-6571
Attorney for the Defendant
Method of Service: CM/ECF

**Michael R. Ohle**
423 Delaware Avenue.
Fort Pierce, FL 34950
Telephone: 772-460-9801
Attorney for the Defendant
Method of Service: CM/ECF

**Frances Weisberg**
United States Probation Office
505 South Second Street
Fort Pierce, FL 34950
Method of Service: Via Fascimile