UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14075-KMM

UNITED STATES OF AMERICA

v.

HAMEWATTIE BALKISOON,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney, Silvia B. Piñera-Vazquez, Esq., and the law firm of SILVIA B. PIÑERA-VAZQUEZ, P.A., hereby enters her appearance as counsel for the defendant **HAMEWATTIE BALKISOON.**

This appearance is for purposes of any post-sentencing motions, and does not include any proceedings in the Eleventh Circuit Court of Appeals, if necessary.  Undersigned counsel respectfully requests that all pleadings, notices, Orders, correspondence, and other documents concerning this case be served on counsel at the address listed below.

    Respectfully submitted,

    **PIÑERA-VAZQUEZ LAW FIRM**
    International Center
    1900 Southwest 3rd Avenue
    Miami, Florida 33129
    Tel: (305) 443-0629
    Fax: (305) 858-6272

      s/ Silvia B. Piñera-Vazquez
    Silvia B. Piñera-Vazquez, Esq.
    Fla. Bar No. 821537

-2-

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 3, 2011, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that this document is being served simultaneously on all counsel of record in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF, or in another authorized manner.

                                            s/ Silvia B. Piñera-Vazquez
                                            Silvia B. Piñera-Vazquez, Esq.