UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10 CR 14075 KMM

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

11/25/11

Judge K. Michael Moore
Southern District of Florida
United States Courthouse
400 N. Miami Avenue, 9th Fl.
Miami, FL 33128

FILED by _____ D.C.
NOV 30 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

Re: Case No. 10-14075-CR-MOORE/LYNCH

Dear Judge Moore,

I hope my letter finds you in good health.

My name is Hamewattie Balkissoon. I was sentenced before you on November 8, 2010 for 78 months. I am writing to respectfully request a sentence reduction.

I take responsibility for my actions and I've learnt a lot during the past year in Prison. I have been introduced to the Lord, Jesus Christ, who has given me hope, peace and contentment.

My children however, are not doing well. With their father deceased and me in Prison, it's been very difficult for them. I would like to be given the opportunity to introduce them to the Lord but 78 months is a long time.

My youngest child who is 14 years old just started high school. I had hoped that my

-1-

other family members would have stepped up to help raise him but they haven't. It's all been left on my 20 year old daughter which is an enormous responsibility. High school years are crucial and it will determine his future. He needs parental guidance.

I pray that you reconsider my sentence. I have never been in trouble with the law before and I came forward and assisted the government in every way I possibly could. Please take our situation into consideration. It would be very much appreciated.

I thank you in advance for your assistance.

Sincerely,

Hamewattie Balkissoon
Reg No. 94420-004, A-2
Federal Prison Camp
P.O. Box A
Alderson, WV 24910

-2-