UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14075-CR-MOORE/LYNCH

UNITED STATES OF AMERICA

v.

HAMEWATTIE ("DOLLY") BALKISSOON,

    Defendant.

_____/

**GOVERNMENT'S MOTION PURSUANT TO RULE 35**

1. The United States of America, through the undersigned Assistant United States Attorney, moves this court pursuant to Rule 35(b), Federal Rules of Criminal Procedure, to resentence the Defendant in return for having rendered substantial assistance to the Government, based upon the following:

2. On November 8, 2010, the Court sentenced Defendant Balkissoon to **78 months**, followed by 5 years of supervised release, as charged by Information for conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 (DE 34).

3. The Defendant's guideline imprisonment range, as noted by the Probation Officer's Presentence Investigation report revised November 1, 2010, was 78-97 months.

4. Before the filing of the Government's Information and her arraignment before the Court, the Defendant admitted her role in the offense. The Defendant met multiple times with the prosecution in assistance of the Government's investigation of other key persons involved in commission of multiple mortgage frauds including acts of mail fraud and wire fraud, as well as bank fraud and money laundering. Defendant provided information corroborating and furthering the Government's investigation of other subjects, as well as incidents of other similar illegal

activity. Furthermore, the Defendant testified before the Grand Jury which indicted her codefendants in Case No. 10-14096-CR-MARTINEZ, and agreed to testify against them at trial, and as may prove necessary in the prosecution of other persons.

5. In the Government's opinion, this cooperation amounts to substantial assistance that should be should be credited to the Defendant, as defined by Rule 35 of the Federal Rules of Criminal Procedure.

6. The Government proposes that Defendant now be awarded a reduction in her sentence, to a term of **47** months.

WHEREFORE, the United States respectfully requests that this Honorable Court grant an appropriate sentence reduction, recognizing that the Defendant has provided substantial assistance to the government.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *Theodore M. Cooperstein*

Theodore M. Cooperstein A5501084
Assistant United States Attorney
theodore.cooperstein2@usdoj.gov
United States Attorney's Office
101 South US Highway 1, Suite 3100
Fort Pierce, FL   34950
Telephone:  772-466-0899
Facsimile:   772-595-3606
Attorney for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Theodore M. Cooperstein*

Theodore M. Cooperstein (FL Court No. A55001084)
Assistant United States Attorney

## SERVICE LIST
## UNITED STATES OF AMERICA v. HAMEWATTIE BALKISSOON
## CASE NO. 10-14075-CR-MOORE/LYNCH

David Jay Bernstein, Esq.
4660 N. University Drive
Lauderhill, FL 33351
(954) 747-9777
Fax (954) 919-1502
Attorney for Hamewattie Balkissoon
Method of Service: Fax

Frances Weisberg
United States Probation Office
101 South US Highway 1, Suite 1094
Fort Pierce, FL 34950
Telephone: (772) 467-2368
Fax: (772) 467-2379
Email: Frances_Weisberg@flsp.uscourts.gov
Method of Service: CM/ECF